IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| CHRISTOPHER WHITEHILL, Individually and on behalf of himself and all those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) Case No: 1:22-cv-01118-WJM-KLM ) |
| v. | ) ) |
| ATLANTIC BUILDING SYSTEMS, LLC d/b/a ARMSTRONG STEEL CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' PETITION TO APPOINT ARBITRATOR(S)

1. Following this Court's February 10, 2023 Order Granting Defendant Atlantic Building Systems d/b/a Armstrong Steel's ("Defendant" or "Armstrong Steel") Motion to Compel Arbitration and Stay Proceedings ("Order") (Doc. 45), Plaintiffs filed their pending Motion to Reconsider on February 24, 2023 (Doc. 47). Defendant filed their Response opposing Plaintiffs' Motion to Reconsider or about March 17, 2023 (Doc 51).

2. On or about March 9, 2023, Plaintiffs' counsel A. Scott Waddell and Defendant's counsel Michael Decker had a lengthy phone call in good faith to discuss both the selection of an arbitrator and/or arbitrators and a framework to manage the 100+ individual arbitrations that are forthcoming in this matter.

3. Later that same evening, Plaintiffs' counsel tendered Defendant's counsel Mr. Decker an email with approximately 30 attorneys that hold themselves out as arbitrators within Colorado. *See* Exhibit A. Plaintiffs found these arbitrators from the website for The National

1

Academy of Distinguished Neutrals.[1]

4. The next day, March 10, 2023, Plaintiffs' counsel forwarded an additional two possible arbitrators Plaintiffs would entertain utilizing, Ross Buchanan and Liz Starrs. *See* Exhibit B.

5. To date, Defendant has yet to agree to arbitrate any of Plaintiffs' claims with any of the 32 arbitrators suggested by Plaintiffs or suggested any other arbitrators Defendant would consider utilizing.

6. Obviously Plaintiffs and additional Armstrong customers are concerned about the potential running of any applicable statute(s) of limitations that may apply to their respective claims.

7. Although the subject arbitration agreements require the usage of the American Arbitration Association's rules, they do not require that the American Arbitration Association administer and/or arbitrate the same.

8. Thus, Plaintiffs petition this Court pursuant to Section 5 (and 206 or 303) of the Federal Arbitration Act, 9 U.S.C. § 5[2] (and 206 or 303) to appoint an arbitrator and/or arbitrator(s) to decide the parties' respective disputes.

---

[1] https://www.nadn.org/colorado-arbitrators

[2] "If in the agreement provision be made for a method of naming or appointing an arbitrator or arbitrators or an umpire, such method shall be followed; but if no method be provided therein, or if a method be provided and any party thereto shall fail to avail himself of such method, or if for any other reason there shall be a lapse in the naming of an arbitrator or arbitrators or umpire, or in filling a vacancy, then upon the application of either party to the controversy the court shall designate and appoint an arbitrator or arbitrators or umpire, as the case may require, who shall act under the said agreement with the same force and effect as if he or they had been specifically named therein; and unless otherwise provided in the agreement the arbitration shall be by a single arbitrator." 9 U.S.C. § 5

9. Under 9 U.S.C. § 5, "unless otherwise provided in the agreement the arbitration shall be by a single arbitrator."

WHEREFORE, Plaintiffs respectfully request that this Court issue an Order appointing an arbitrator and/or arbitrators pursuant to 9 U.S.C. § 5 (and 206 or 303), and for such other and further relief that this Court deems just and proper.

Dated: March 31, 2023                                        Respectfully submitted,

|  | A. Scott Waddell (MO #53900)<br>WADDELL LAW FIRM LLC<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (816) 399-5510<br>Facsimile: (913) 347-7333<br>scott@aswlawfirm.com<br><br>MCINNES LAW LLC<br>By: */s/ Jack McInnes*<br>Jack D. McInnes (MO #56904)<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (913) 220-2488<br>Facsimile: (913) 347-7333<br>jack@mcinnes-law.com<br><br>ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served to opposing counsel via the Court's filing system.

/s/ *A. Scott Waddell*
A. Scott Waddell